# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN  
THOMAS H. NOOTER*  
LEE A. GINSBERG  

*NY AND CALIF. BARS

30 VESEY STREET  
SUITE 100  
NEW YORK, N.Y. 10007  

(212) 608-0808  
TELECOPIER (212) 962-9696

April 6, 2007

Hon. Kenneth M. Karas  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, NY 10007

By ECF and Fax: (212) 805-7968

RE: <u>United States v. Shyne, et al, including Roberto Montgomery, 05 Cr. 1067 (KMK)</u>

Your Honor:

     Pursuant to the Court's order of April 5, 2007, I am writing to say that I take no position on the unsealing of the transcript of proceedings which occurred on January 25, 2007, and therefore have no objection to the transcript being unsealed.

     Thank you.

Sincerely,

/s/ *Thomas H. Nooter*  
Thomas H. Nooter  
Attorney for Defendant Roberto Montgomery

cc: All counsel by ECF