# FREEMAN, NOOTER & GINSBERG
### ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

*NY AND CALIF. BARS

30 VESEY STREET
SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696

June 7, 2007

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

BY ECF and FAX

RE:    United States v. Shyne, et. al,. including Roberto Montgomery, 05 Cr 1067 (KMK)

Your Honor:

I am writing to request permission for my client to go to Germantown, Maryland, this Sunday, June10th, returning to NYC on Monday, June 11th so that he can attend the graduation of his daughter from High School.

The graduation ceremony for Mr. Montgomery's daughter, Jaleesa Alexis Montgomery (18 years old) will take place on Sunday afternoon at Seneca Valley High School at 2:30PM. Mr. Montgomery would go down Sunday morning and stay over in a motel Sunday night, returning early Monday morning for work. He will be reachable on his cellular telephone, the number of which I will supply to Pre-Trial Services if they don't already have it.

I have left messages for AUSA Danya Perry and AUSA Daniel Levy, but have not yet heard back on whether they have any objection to this request. My client was only just informed today (I think) by Pre-Trial Services that he needed Your Honor's permission to go out of his geographic limits for this short trip.

Thank you.

Sincerely,

/s/ Thomas H. Nooter
Thomas H. Nooter
Attorney for Mr. Montgomery

cc:    AUSA Danya Perry and AUSA Daniel Levy by ECF