# FREEMAN, NOOTER & GINSBERG
## ATTORNEYS AT LAW

LOUIS M. FREEMAN
THOMAS H. NOOTER*
LEE A. GINSBERG

30 VESEY STREET
SUITE 100
NEW YORK, N.Y. 10007

(212) 608-0808
TELECOPIER (212) 962-9696

*NY AND CALIF. BARS

June 8, 2007

Hon. Kenneth M. Karas
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

BY ECF and FAX

RE:   United States v. Shyne, et. al,. including Roberto Montgomery, 05 Cr 1067 (KMK)

Your Honor:

    Yesterday I wrote to request permission for my client to go to Germantown, Maryland, this Sunday, June 10th, returning to NYC on Monday, June 11th so that he can attend the graduation of his daughter from High School.

    I have now received a message from AUSA Danya Perry and AUSA Daniel Levy stating that they consent to the request.

    Thank you.

Sincerely,

*/s/ Thomas H. Nooter*
Thomas H. Nooter
Attorney for Mr. Montgomery

cc:   AUSA Danya Perry and AUSA Daniel Levy by ECF