```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROBERTO MONTGOMERY,
NARESH PITAMBAR,
STEVEN RIDDICK, and
NATHANIEL ALEXANDER,

               Defendants.

Case No. S4 05-CR-1067 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    For reasons that will be provided at sentencing, the Court, having thoroughly reviewed the submissions of the Parties, denies the Rule 29(a) and (c) motions of Defendants Roberto Montgomery, Naresh Pitambar, and Steven Riddick.

SO ORDERED.

Dated:    November 14, 2007
             New York, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE