# JOB INVOICE

2 PART

*Massimo BLDG*

**TO:** First Lending Mortgage Co
**ADDRESS:** Hillside Avenue
New York
**ATTENTION:** Winston Shillingford

**DATE ORDERED:** 11/16/04
**ORDER TAKEN BY:** Chris
**PHONE NO:** (George)
**CUSTOMER ORDER #:** 11/16/04
**JOB LOCATION:** 348.0033 Billing
**JOB PHONE:**
**STARTING DATE:** 11/16/04
**TERMS:** 6 months

| QTY | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 20 | Credit Services Personal Accounts | | $67,400 | Help to clear credit report to be able to get a mortgage |
| 5 | Business (DBA) Services Credit Reports | | | |

**MISCELLANEOUS CHARGES**

Included in Total Price

*Paid in Full by Check (company ck)*

**LABOR** — HOURS / RATE / AMOUNT

Total Price includes labor

**WORK ORDERED BY:** Winston Shillingford
**DATE ORDERED:** 11/16/04
**DATE COMPLETED:** 3/16/05

**CUSTOMER APPROVAL SIGNATURE:** ___
**AUTHORIZED SIGNATURE:** ___

| | |
|---|---|
| TOTAL LABOR | $740.00 |
| TOTAL MATERIALS | |
| TOTAL MISCELLANEOUS | |
| SUBTOTAL | |
| TAX | |
| GRAND TOTAL | $67,400.00 |

adams NC2817
MADE IN USA

JOB INVOICE

GOVERNMENT EXHIBIT
402
06-Cr. 832 (KTD)
(ID)

# JOB INVOICE

| | |
|---|---|
| TO: Christopher Owens (Ceo) | DATE ORDERED: 11/27/04 |
| ADDRESS: Richmond Va 23227 | ORDER TAKEN BY: Monacer |
| | PHONE NO: 804-343-0093 |
| | CUSTOMER ORDER #: 5/5/16 |
| | JOB LOCATION: 804-343-0093 12/1/04 |
| | JOB PHONE: |
| | STARTING DATE: 11/27/04 |
| ATTENTION: Paid in Full (Company) | TERMS: 6 months |

| QTY. | MATERIAL | UNIT | AMOUNT | DESCRIPTION OF WORK |
|---|---|---|---|---|
| 3 | business Super market Credit Services w/employees (total ≠ 95 people) | | $15,000.00 | Repair Credit Reports Personal and Business (help to Est New Credit For business + Personal |
| 5 | locations R+S Stores Credit Services with managers and employees total ≠ 150 Clients | | $60,000 | |
| 15 | Personal Files For Credit Services the Owner of above Companies | | $85,000.00 | |
| * | Order Total $160,000.00 | | | |

**MISCELLANEOUS CHARGES**

Dis Counted

**LABOR** | HRS | RATE | AMOUNT

Flat Rates For Commercial Accounts.

| WORK ORDERED BY: Monace (C. Owens) | TOTAL LABOR: 160,000 |
|---|---|
| DATE ORDERED: 11/27/04 | TOTAL MATERIALS: |
| DATE COMPLETED: 5/27/05 | TOTAL MISCELLANEOUS: |
| CUSTOMER APPROVAL SIGNATURE: [signature] | SUBTOTAL: |
| AUTHORIZED SIGNATURE: [signature] | TAX: |
| | GRAND TOTAL: 160,000 |

NC2817 MADE IN USA

**JOB INVOICE**