11/1/07

I

To whom it may concern:

I Dorothy Brathwaite Montgomery, mother of the defendant Roberto A. Montgomery have written this letter asking of you leniency for my son. Please let me talk to you why I'm asking of you this request.

I'm 62 years old. Disabled with a congested and irregular heart condition. Also cronic artritis. It's not now or yesterday that I've struggle with been ill. But at this stage I'm unable to do much for myself. My illness I know is no excuse. I take it day by day.

I know I have allow my children to make mistakes and not shelter them too much, letting them finding the balance between hitting the wall and bumping their heads; protecting them from things extremely dangerous – that can destroy them and take their lives.

Here I know they both had let their guard down; trusting and not be cautious what was ask of them. Roberto, as for my daughter are good children and adults. Not perfect; but through all the struggles I know, I raise them with values. There's a saying that the power of helping is wonderful but not always appreciated. I would not stop my children from helping someone, but to be aware.

II   I depend soley on Roberto. With all of his own bills, child support, he unselfisly takes care of all my needs. (My rent, utilitys, home and personal necessities, takes me to the doctor, church, picking up a mouse, changing curtains, the mail and more.) I cannot ask for more.

Roberto a devoted son. Caring, loving, honest, reliable and hard working. Loves and support his children. Back in Panama, Roberto has work since he was thirteen, went to school at night. Was paid $90. every fifteen days. He knows what's earn is what's gain. Up to this day, he economize and buys with coupons and sale.

My children and I was seperated for almost three years when they came to America. When I saw Roberto for the first time, twenty years old, I ask him what's this I heard about you? He face me and said "Mom, I'm not going to tell you, I didn't try or did not do, but what I see happening to people and friends I know that life is not for me". I praise and thank God.

Now at thirty eight he gave me this card saying, Mom there must have been times when it was hard bringing me up to do what was right. I know I didn't always listen to your advice, but you hung in there supporting me through it all. Your love has made all

the difference in my life.

III. I have struggle to be there for these two lifes that I brought into the world. I never had anyone there for me. At birth I was denied (not my child) was said, was giving away, adopted, abuse verbally, fisically and sexually. Ran away at twenty to save my life, a step that took me through worst. There's much more to this, but I won't go through it all.

I can remember crying through childhood, teenager and adult. Crying stop when I came to America and saw where my childen had opportunitys to do for themself.

Since the envasion on Noriega the town where we're from is in a state of violence, drugs and killings. Roberto will not be able to do anything for his children, himself or for me if he's sent back home.

Judge Karrot, I know Roberto has learn and growen to be a better person by his mistakes. Is there any way or thing that you can do for my son. I don't want to cry no more. My family have been through so much, we don't take anything for granted. Can you help this family? Can you give us another chance?

IV. Judge, very few people knows, but my daughter was almost kill when she was sent back home. She was attack at the home where she was staying by two women with a hammer and they pull out part of her hair. Right now she's in the capital trying to put her life together.

I thank and appreciate Mr. Neoter with all my being. Regardless of the outcome I acknowledge him greatly. I can never pay him for a job he has done with great respect.

Cordially,
Ms. Dorothy Montgomery