1158 Schenectady Avenue
Brooklyn, NY 11203

December 3, 2007

Honorable Kenneth M. Karas
U.S. District Judge
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas:

I am writing this letter on behalf of my son, Roberto Montgomery.

More than 40 years ago, I came to the United States to give my children the chance to truly live the American dream. Believing this country to be the "Land of Opportunity," I wanted my son Roberto to get a good education, a good job and to create the life that he wanted for himself. He has had the opportunity to do so, through hard work, dedication and perseverance.

All his life, Roberto has been a giving person, always willing to help others when needed. He is a loyal friend, a dedicated employee, a doting father and a fine son. He maintains a good job as a doorman and has received excellent reviews from his manager. He enjoys his work and residents of the building commend him for providing excellent service. He is a great father, helping his children become the best adults they can be. My son and I spend many hours together, talking about his future and the goals he wants to achieve. I am very proud of Roberto and all that he has accomplished.

It is my hope, your Honor, that you will give my son the opportunity to continue living his American Dream. He has truly worked hard to make life better for himself and his family. Please give him the chance to continue to be a productive and contributing member of society.

Thank you in advance for accepting this letter.

Sincerely,

*George Montgomery*
George Montgomery

December 4, 2007

Dear Judge:

    I' Melitza Romo would like to take this moment to said how much my daughter, our unborn baby and I, are really depending on the decision made. I would greatly appreciate if you will grant him with one more chance to be there for is family and also to prove that he is some one that could be trust. It wound be words to express how thankfull we will be. We daily need him.

Sincerly
Melitza Romo