November 29, 2007

You're Honour,

My name is Natalie Moricette and I confirm that I have known Mr. Roberto A. Montgomery for over 15 years and we were married for 9 years. We have a 14 year old son together, so I felt that I should express my concerns not only for Roberto but for our son Travis A. Montgomery.

Although Roberto and I are no longer married we still maintain an amicable relationship not only for our son but because we have grown to respect each other. Robert and I have matured a lot over the years and he has turned a new lease on life. He and I have had a rocky past but because he has matured so much we have managed to keep our relationship strong. So I felt quite honored when Roberto asked me to write a character letter for him.

Unlike many fathers these days, Roberto always found time to provide and get involved in his children's life. He has maintained a relationship with Travis by calling on a regular basis and sending child support for him. He always tries or attends many functions such as his daughters sweet sixteen and some of Travis football games. He was awarded custody of his older son Roberto Jr. by the courts, which says a lot about his ability to take responsibility for his children. In addition to raising 5 children he also managed to take care of his mother whom is very ill and more recently his sister Cynthia. Furthermore, not only does he help out with his children and family Roberto is also battling a disease, diabetes.

At all times I have found that Robert has demonstrated a strong sense of character, responsibility, commitment and respect. So I was very surprised to hear of this unfortunate situation that he is in. I am not asking you to dismiss any actions Roberto may or may not have partaken in. I am not even asking you to bend the law for him; but keep in mind that there are a multitude of people depending on him and the outcome of his sentence.

If Roberto goes to Panama his mother will have no one to help her financially and physically because she is confined to a wheelchair. Unfortunately this means she will be forced to also return to Panama or receive some form of government income. I personally do not wish to see him deported because I know first-hand how hard he has tried to provide a good life for himself and his family.

I could continue to describe many of Roberto's attributes; Instead I would like to simply say Roberto does not deserve to be deported. I know he has to pay for his actions but with his deportation it would mean that many including myself will suffer the consequences.

Please find it in your heart to consider other options besides deportation for Roberto. if you have any questions regarding the contents of this letter you may contact me personally at your leisure.

Yours faithfully,

*Natalie Moricette*

Natalie Moricette
440 Cumberland Square SE
Smyrna, GA 30080
404-543-5038

MEREDYTH J. JOHNSON
Notary Public, Cherokee County, State of Georgia
My Commission Expires February 27, 2011

**Petrena Russell**
3525 Laconia Ave.
Bronx, New York 10469
(646)271-1338

December 3, 2007

To Judge Kenneth M. Karas:

I'm writing this letter on behalf of Roberto Montgomery, as a witness to his character and in hopes that you will consider the contents of this letter in your decision. I've know Roberto for over seven years, we met while working together at Federation Employment and Guidance Services (FEGS). Our work entailed working with individuals with varying disabilities, at which time I saw the compassion and dedication that he possessed and showed towards the clients which we served.

After years working together, Roberto and I began a relationship and while together he was respectful, honest, and considerate of others at all times and showed no evidence of disregard for the law. During this period my family got to know Roberto and considers him family still to this day. Upon hearing about Roberto's pending problems, my family was very disheartened. We are a very religious family and we've maintained him in our prayers at all times, this we do because we are know that he is not a criminal and wouldn't knowingly commit criminal acts, but instead a victim. I know that Roberto is an upstanding person who is always considerate of others and goes out of his way to help others and maybe that is why he is in this situation. He has expressed to me that he have learnt a lesson from this unfortunate situation, he was very genuine in this expression. I plead of you, that you don't punish him for being a kind and naïve person.

Roberto is a loving and caring father of five children, who depend on his support and would be detrimentally affected if they were without him. He religiously pays his child support. He has always maintained employment, at times more than one position, and would work overtime whenever available. This I state to express his respect for his civic responsibility, he pays his taxes even when he wouldn't receive a refund. He is an asset to our society; he works regardless of the difficulty and encourages everyone around him, he serves as a positive example to these individuals. He was the one who encouraged me to go to nursing school; I will graduate in December 2007, with a Baccalaureate degree. He is a person who is always striving to better himself. He also began a college degree; he had to stop due to financial responsibilities, but I know that he still holds the dream of going to college, which I believe he will accomplish if given the chance.

He also provides financial and emotional support to his mother who is physically disabled, and again she would suffer immensely without the support of her son. Roberto is one of the most caring persons I've ever met, and I have some knowledge about caring because I am in the nursing profession where caring is our hallmark, and Roberto encompass every aspect. I can be contacted for any further verification, at the above address. Your honor, I beg of you to consider the content of this letter and take what I've stated into account while making your decision. Your consideration is greatly appreciated and I would like to convey my thanks in advance.

Sincerely Yours,

*Petrena Russell*
Petrena Russell

FROM THE DESK OF RAY CADLE

December 3, 2007

TO WHOM IT MAY CONCERN;

I'VE KNOWN MR. ROBERTO MONTGOMERY FOR ABOUT FIVE YEARS. I FIRST MET HIM AT BURN'S INTERNATIONAL SECURITY SERVICES WHERE HE WORKED AS AN ASSISTANT SUPERVISOR.

MR. MONTGOMERY HAD ALWAYS PRESENTED HIMSELF AS A PROFESSIONAL ON THE JOB, AND SEEMED TO ME TO BE A GOOD PERSON.

DURING THE COURSE OF THE TIME THAT I HAD WORKED WITH HIM, I HAVE SEEN HIM WORK WITH THE HANDICAP AND THE DISSINFRANCHISED. HE HAD ALWAYS SHOWN EMPAHTY FOR THEM.

IN CONCLUSION, I BELIEVE MR. MONTGOMERY TO BE AN HONSET AND TRUSTWORTHY INDIVIDUAL.

Yours truly,

RAY CADLE

105 Shalon Court
Apex, NC 27502

December 3, 2007

Honorable Kenneth M. Karas
U.S. District Judge
300 Quarropas Street
White Plains, New York 10601

Dear Judge Karas:

I am writing this letter on behalf of my brother, Roberto Montgomery.

Roberto has always been an excellent role model, a dedicated worker and devoted to his family and children. As his younger sister, he was always been there to help me when needed, sharing his wisdom about life and his own experiences. He not only cared for me, but he was also a good teacher and protector, making sure I was diligently finishing my schoolwork or ensuring I arrived to school safely. He has always been a wonderful big brother.

He has shown through his work and devotion to his family that he is a responsible man and upstanding citizen. He receives wonderful compliments for his work as a doorman and has always received excellent recommendations from previous employers. He is a good-natured and giving person, always willing to lend a helping hand.

I am asking, your Honor, to take into consideration what Roberto has done to take responsibility for his actions and to right any previous wrongs. He truly deserves the opportunity to be a part of his community and to continue the progress he has made in becoming a productive member of society.

Thank you in advance for accepting this letter.

Sincerely,

Odessa Montgomery

13585 W. Alvarado Drive
Goodyear, AZ 85395

December 3, 2007

Honorable Kenneth M. Karas
U.S. District Judge
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

I am writing this letter to you on behalf of my brother, Roberto Montgomery.

As my older brother, Roberto has demonstrated that he is a role model and hard worker. From encouraging me to do my best to providing advice on the challenges of life, he definitely took on the role as big brother.

As a new mother, he continues to share with me his wisdom on raising and developing children. His role as a father has shown that he is committed to providing his children with the best life has to offer. He is a responsible father, a model brother and a great friend.

Judge Karas it is my wish that you give my brother, Roberto the opportunity to continue to share his parental advice with me and to continue with his desire to be the best person he can be.

Thank you for your consideration.

Sincerely,

Tisha Iguarán