1158 Schenectady Avenue
Brooklyn, NY 11203

December 3, 2007

Honorable Kenneth M. Karas
U.S. District Judge
300 Quarropas Street
White Plains, NY 10601

Dear Judge Karas:

I am writing this letter on behalf of my stepson, Roberto Montgomery.

When my husband shared his desire to provide his son, Roberto with a better life, I fully
supported him. We both believed that Roberto would have a good opportunity in the
United States to be the best he could be and create a life that he desired. So upon arrival,
Roberto dedicated himself to hard work and perseverance.

As my stepson, he has always done his best to be a good person, father and son. He
continues to demonstrate his will to succeed by maintaining a respectable job and
continuing his education. As a father, he continues to support his children and encourage
them to do their best. Looking back at the person he was when he arrived and the person
his today, I can definitely say he has made great strides and I am deeply proud.

Therefore, it is my desire, Judge Karas, that you give Roberto the opportunity to continue
his pursuit for a better life for himself, his family and those around him. The opportunity
to live out his dream is my desire and his.

Thank you for your consideration.

Sincerely,

Elsa Montgomery

SHAWNALEE MURPHY
361 CLINTON AVE.
BROOKLYN, N.Y. 11238
12 - 3 - 07


HONORABLE KENNETH M. KARAS,
          Roberto Montgomery
is a very responsible, decent, hard
and dedicated worker. He is also
a very caring and compassionate
son. Roberto's mother is homebound,
and he plays a major role in her
life. Incarceration would cause
great hardship on Roberto's ailing
mom.
          I'm pleading for
Roberto's freedom and is asking for
mercy and leniency for him.
Thank you.


                    Sincerely,

                    Shawnalee Murphy
                    SHAWNALEE MURPHY

**Kathey Horne**
**320 Legion St. Apt 2F**
**Brooklyn N.Y. 11212**

To whom it may concern:

I have known Mr. Roberto Montgomery for 9 yrs I met Mr. Montgomery through my current place of employment Mr. Montgomery worked the front security desk. Everyone Mr. Montgomery came in contact with liked him as a person; he always greeted you with a smile and addressed each individual properly and accordingly. Though Mr. Montgomery no longer works for the agency Mr. Montgomery in my observation of him was always polite and respectful of others around him. Mr. Montgomery went out of his way to make everyone around him smile, always in good spirits and encouraging.

Over the years that I have known Mr. Montgomery I have come to know him to be a loyal friend, always dependable and will go out of his way to help you in any way he could. I genuinely respect Mr. Montgomery as a person and a gentleman.

Sincerely

*Kathey Horne*

Kathey Horne

December 2, 2007

9427 Kings Hwy Apt 4B
Brooklyn, NY 11212

Who It May Concern:

I Sybil Pascall have known Roberto Montgomery ever since 1989. Roberto is a very intelligent hard working young man. Ever since I known Roberto he has always been a very well-mannered and respectable person. Roberto is very devoted to his mother, friends, and family. He is someone who is reliable and very trustworthy. Roberto has a very lovely characteristic that you will enjoy. My family and I will always accept Roberto around us at all times. Roberto is a very humorous and endowment person that you have to meet.

Sincerely,

Sybil Pascall and Family
1-718-922-1894

Sybil Pascall

12-3-07

TO Whom it may concern,

I Veena Wichaney who reside at 1414 Bergen st
Brooklyn, N.Y. 11213 Apt 14H. is writing to let
You know about my son father Roberto Montgomery
S.R. the Father of my son Roberto Montgomery J.R.
I knew Roberto since he came to the United
States. He is a very nice Gentle man alway
working take care of his Son and very Polite
man. He do what he have to do to take
care of his family. Roberto is trusted worthy
and honest. if you need help in any thing
he will try his best to help you. Roberto
help me through a lot in life when I needed
it. He is a very fine man. and I will
truly miss him if you take him away.

Thank you —
Veena Wichaney

To Whom it may Concern

I have Known Roberto all is life growing up with is mother, abandon by a husband and father, Roberto through all the rough Obstacles in life has growed to be a very decent, respectfull, loyal and strong individual. Roberto and his sister has allways been there for his mother and children, my son, two other Kids and Roberto children most of the time spend they vacation at Cynthia or Mrs Dorothy, there was a time when Roberto took all 5 boys, shopping, movie to get haircut, and playing football my son look up to him, he does every thing for his mother. Please consider his plead we all will be deeply affective

Sincerly your

Chilena Caterson
Joshua Caterson