November 30, 2007

To whom it may concern:

Please be advise that Mr. Roberto Montgomery is a hardworking person, very polite and well mannered. I've known Robert and family for quiet sometime.

Sincerly,

Maritza Clarke

12/02/07

To Whom it may concern:

I, Iris Lopez have known Roberto Montgomery for about one year. I was his mother Dorothy Montgomery's Home attendant. During that year I have known Roberto to be a compassionate and devoted son towards his mother. When he was not around he made sure to give his mother a phone call to make sure she was ok, and that she had enough food in the house. If you need any more information, feel free to contact me at 718-573-3982.

Truly Yours,

*Iris Lopez*

Iris Lopez

Idenys Hutton
515 Blake Ave.
#214.
Bklyn NY 11207
12-01-07.

To Whom it May Conceair

I Ilenys Hutton am writing this letter in regards to Roberto Montgomey who I met almost 10 years ago. while. working as his mothers aide.

During that time I found him to be a devoted Respectful, well mannered young man. I also had the opportunity of asking him to Talk to my seven year. old grandson who's very rebellious. which he did. If I can be of any. assistance you can & contact me at the above address. thanking you.

Yours
Ilenys Hutton.

12/3/07

Ms. Diana Griffith
805 east 48th.
Brooklyn, NY 11203

**To Whom It May Concern:**
    I Diana Griffith have known Roberto Montgomery for the past 20 years. Mr.
Montgomery is a very reliable, respectable, generous, and honest person. I can call on Mr.
Montgomery to do anything for me and he will not disappoint me. I have a lot of trust in
Mr. Montgomery.

Yours Sincerely,

Diana Griffith

Dec 7, 2007

To Whom It May Concern:

I am writing on the behalf of my brother Roberto Montgomery. As my older brother Roberto has been a positive romodel in my life. Roberto taught me how to be a good father and a better man. As a child Roberto always reached out to me picking me up from school and taking me for the weekends. I hope that my letter does good service and keep Roberto close to me to continue to be a great uncle to my daughter.

yours truly,
Adul Montgomery

Brooklyn, N.Y.
December 4, 2007

To whom it may Concern=

Dear Sirs

Please know that my name is Griselda
F Bubb-Johnson I write this letter to
inform you that I have known MR. ROBERT
Montgomery for more than 20 years he is a
good person, responsible for the care of his
disable mother. He holds a permanent job and
provide for his children. He takes full responsibility
ty for his actions. It is my opinion that he
deserve a second chance to prove that he is an
asset and productive member of our community.
I pray that you'll take these simple words
into consideration in determining his future

Yours truly,
Griselda F. Bubb Johnson

DECEMBER 3, 2007

TO WHOM IT MAY CONCERN:

THIS LETTER IS TO CONFIRM, THAT I HAVE KNOWN MR. ROBERTO MONTGOMERY

SINCE HE WAS A CHILD, APROXIMATELY 30 YEARS NOW.  I HAVE KNOWN HIM

TO BE A VERY SINCERE AND DEVOTED GENTLEMAN TO BOTH HIS MOTHER

AND HIS FAMILY, ALSO VERY HARD WORKING.

IT WOUD BE VERY MUCH APPRECIATED IF HIS FREEDOM IS GRANTED, SO HE

CAN CONTINUE TO DO WHAT HE KNOWS BEST, WHICH IS TAKING CARE OF HIS

FAMILY, AND THE DEVOTION TO HIS BELOVED MOTHER.

THANKING YOU KINDLY

ESTANISLAO CHRISTIE
A FRIEND TO THE FAMILY