# NOTICE OF APPEAL
**United States District Court**

__Southern__ District of __New York__

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

United States of America,
v.
Roberto Montgomery, et. al.
         Defendants

Docket No.: __05 Cr. 1067 (KMK)__ - 6

__Kenneth M. Karas, U.S. District Judge__
(District Court Judge)

Notice is hereby given that __Roberto Montgomery__ appeals to the United States Court of Appeals for the Second Circuit from the judgment [ X ] other [ ] _____
(specify)
entered in this action on __January 11, 2008__ (date).

Offense occurred after November 1, 1987    Yes [ X ]    No [ ]

This appeal concerns: Conviction only [ ]    Sentence only [ ]    Both [ X ]

Date __January 17, 2008__    __/s/ Thomas H. Nooter__
(Counsel for Appellant)
Address:  THOMAS H. NOOTER

TO:  Office of Michael Garcia
United States Attorney, S.D.N.Y.
1 St. Andrew's Plaza
New York, NY 10007
ATTENTION: AUSA Danya Perry, Esq.

30 Vesey Street, Suite 100

New York, NY 10007

ADD ADDITIONAL PAGE IF NECESSARY    Telephone Number __(212) 608-0808__

| TO BE COMPLETED BY ATTORNEY | TRANSCRIPT INFORMATION - FORM B |
|---|---|
| **QUESTIONNAIRE** | **TRANSCRIPT ORDER** — DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
| [ x ] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>  [ ] Daily copy is available<br>  [ ] U.S. Attorney has placed order<br>  [ ] Other. Attach explanation | Prepare transcript of    Dates<br>[ ] Prepare Pre-trial proceedings _____<br>[ ] Trial _____<br>[ X ] Sentencing __1/11/2008__<br>[ ] Post-trial proceedings _____ |

The attorney certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript (FRAP 10(b)).
Method of payment:  [ ]  Funds [ ]    CJA Form 24 [ X ]

| ATTORNEY'S SIGNATURE /s/ Thomas H. Nooter | DATE January 17, 2008 |
|---|---|
| **COURT REPORTER ACKNOWLEDGMENT** | **TO BE COMPLETED BY Court Reporter and forwarded to Court of Appeals** |
| Date order received | Estimated completion date | | Estimated number of pages |
| | Date_____ | Signature_____<br>(Court Reporter) | |

## DISTRIBUTE COPIES TO THE FOLLOWING:

1. Original to U.S. District Court (Appeals Clerk).
2. Copy U.S. Attorney's Office.
3. Copy to Defendant's Attorney
4. U.S. Court of Appeals
5. Court Reporter (District Court)

USA-2
FORM A Rev. 10-02