

University Hospital and
Manhattan Campus for
the Albert Einstein College
of Medicine

Department Obstetrics & Gynecology
Beth Israel Medical Center
Phillips Ambulatory Care Center
10 Union Square East, Suite 2B
New York, NY 10003
Tel: 212 844 8530
Fax: 212 844 8501

www.WeHealNewYork.org

## Prenatal Care Assistance Program
Women's Health Center

Date: 01-18-08

To Whom It May Concern: _____

Patient's Name: RAMOS, MELITZA

Medical Record Number: 2198284

The above named patient is under the care of the prenatal clinic at Phillips Ambulatory Care Center of Beth Israel Medical Center, 10 Union Square East, New York, NY 10003.

Her expected date of delivery is 06-11-08.

Sincerely,

_____, RN

WOMEN'S HEALTH CARE CENTER
OB/GYN 2C-2D-2E
BETH ISRAEL MEDICAL CENTER
PACC - 10 UNION SQUARE EAST
NEW YORK, N.Y. 10003
TELEPHONE # (212) 344-8500

Continuum Health Partners, Inc.

